AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| KAREN BARRETT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10 CV 4600 (AKH) |
| HARTFORD LIFE AND ACCIDENT INS. CO. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY                    .

Date:  08/04/2010

s/
*Attorney's signature*

John T. Seybert (JS 5014)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004
*Address*

john.seybert@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

# CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and Regular Mail on this 4th day of August, 2010, upon the following:

Scott M. Riemer, Esq.
Riemer & Associates
60 East 42nd Street, Suite 1750
New York, NY 10165

s/John T. Seybert
John T. Seybert (JS 5014)

Dated:   New York, New York
         August 4, 2010