**Sedgwick**
DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400
WWW.SDMA.COM   212.422.0202 PHONE   212.422.0925 FAX

*Michael H. Bernstein*
212-898-4011
*Michael.Bernstein@sdma.com*

RECEIVED
MAR 15 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/11

March 15, 2011

*Via Facsimile*
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl St., Room 1050
New York, NY 10007-1312

Re: *Karen Barrett v. Hartford Life and Accident Insurance Company*
    Civ. Act. No. 10-cv-4600 (AKH)
    SDMA File No. 02489-000082

Dear Judge Hellerstein:

This office represents defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-referenced matter. We write to request a one-week extension of the deadline to file motions for summary judgment from March 22, 2011 to March 29, 2011.

This is the second request for an extension of time. The court granted the first request to extend the time to file summary judgment motions from February 15, 2011 to March 22, 2011. (Doc. No. 10). Plaintiff consents to the request for the additional week. No other dates are affected by this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

JTS/jf
cc: Scott M. Riemer, Esq. (via facsimile)

NY/665308v1