Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAREN BARRETT,                                            10 CV 4600 (AKH)

                Plaintiff,                           NOTICE OF MOTION

     -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendant
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the annexed Local Rule 56.1 Statement; affirmation of Scott M. Riemer, dated March 29, 2011, together with exhibits thereto, and upon all prior proceedings herein, plaintiff will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, or as soon thereafter as counsel can be heard, for an order granting summary judgment in favor of plaintiff pursuant to Fed. R. Civ. P. Rule 56, and for such other relief as the Court deems just and proper.

Dated: New York, New York
      March 29, 2011

                RIEMER & ASSOCIATES LLC
                Attorneys for Plaintiff
                60 East 42nd Street, Suite 1750
                New York, New York  10165
                (212) 297-0700


                By:/s/Scott M. Riemer_____
                    Scott M. Riemer (SR5005)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 29, 2011 I served a true and complete copy of the foregoing Memorandum of Law by transmitting the same by electronic mail to the following individuals at the e-mail addresses indicated:

Michael H. Bernstein, Esq.
Sedgwick Detert Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel.: (212) 422-0202
Fax: (212) 422-0925
*Attorneys for Defendants*


I also certify that this document filed through the ECF system will be sent electronically to all registered participants on March 29, 2011.

Dated: New York, New York
      March 29, 2011

                                              /s/Scott M. Riemer
                                              Scott M. Riemer (SR5005)