UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

KAREN BARRETT,

                       Plaintiff,

   -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                      Defendant.

------------------------------------------------------------- x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 3/30/11

**ORDER CONSOLIDATING**
**BRIEFING ON CROSS-MOTIONS**
**FOR SUMMARY JUDGMENT**

10 Civ. 4600 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

     On March 29, 2011, Plaintiff Karen Barrett and Defendant Hartford Life and Accident Insurance Company each moved for summary judgment. In the interest of conserving judicial resources, the parties shall hereafter consolidate briefing on the cross-motions. Hartford Life shall file a single memorandum, no later than April 27, 2011, encompassing its opposition to Barrett's motion and its reply in further support of its own motion. Barrett, likewise, shall file a single memorandum, no later than April 27, 2011, encompassing its opposition to Hartford Life's motion and its reply in further support of its own motion.

     SO ORDERED.

Dated:     March 30, 2011
          New York, New York

                                   ALVIN K. HELLERSTEIN
                                   United States District Judge