# Sedgwick
### DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

*WWW.SDMA.COM*   212.422.0202 *PHONE*   212.422.0925 *FAX*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/11

*John T. Seybert*
*212-898-4028*
*John.Seybert@sedgwicklaw.com*

April 21, 2011

*So ordered.*

*Via Facsimile*
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl St., Room 1050
New York, NY 10007-1312

*Alvin K. Hellerstein*
4-21-11

Re: *Karen Barrett* v. *Hartford Life and Accident Insurance Company*
   Civ. Act. No. 10-cv-4600 (AKH)
   SDMA File No. 02489-000082

Dear Judge Hellerstein:

This office represents defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-referenced matter. We write to request a three-week extension of the deadline for both parties to file their respective opposition/reply memorandum of law on the pending summary judgment motions from April 27, 2011 (Doc. No. 22) to May 18, 2011.

This is the first request for an extension of time of this date. Michael H. Bernstein and I have been engaged in opposing a motion for a preliminary injunction in an unrelated matter for which an evidentiary hearing is scheduled for April 26, 2011 in Stamford, CT. This matter was unexpected and has required both of us to focus almost exclusively on it for almost two weeks. For the remainder of the week after April 26, 2011, we are both scheduled to attend a conference in Boston, Massachusetts, where Mr. Bernstein is presenting. We initially requested a two week extension from Plaintiff. Plaintiff's counsel consents to the request for the extension but asked that opposition/reply be extended to May 18, 2011 due to deadlines that he has in filing two appellate briefs in the Second Circuit during the week of May 9 through 13, 2011. No other dates are affected by this request.

Thank you for your consideration of this matter.

Respectfully submitted,

John T. Seybert
Sedgwick, Detert, Moran & Arnold LLP
cc:  Scott M. Riemer, Esq.  (via facsimile)

NY/696930v1