UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Karen Barrett

          Plaintiff,

    -against-

Hartford Life and Accident
Insurance Company      Defendant.

------------------------------------------------------

Case No.  10-cv-4600 (AKH)

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579    My State Bar Number is 2104347

I am,

[✓] An attorney

[ ] A Government Agency attorney

[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
                      FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
                      FIRM TELEPHONE NUMBER: 212-422-0202
                      FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                      FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
                      FIRM TELEPHONE NUMBER: 212-422-0202
                      FIRM FAX NUMBER: 212-422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 29, 2011                      s/_____
                                              ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 29th day of April, 2011, upon the following:

>Scott M. Riemer, Esq. (SR 5005)
>RIEMER & ASSOCIATES LLC
>60 East 42nd Street, Suite 1750
>New York, New York 10165
>Telephone: (212) 297-0700
>*Attorneys for Plaintiff*

s/
Michael H. Bernstein (MB 0579)

Dated:   New York, New York
　　　　 April 29, 2011

1