UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
BIOMED PHARMACEUTICALS, INC.

                Plaintiff,

Case No.  10-cv-07427 (JSR)

    -against-

OXFORD HEALTH PLANS (NY), INC. et al.

               Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending            [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Michael H. Bernstein**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579      My State Bar Number is  2104347

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Sedgwick, Detert, Moran and Arnold LLP
                         FIRM ADDRESS:  125 Broad Street, 39th Floor New York, NY 10004
                         FIRM TELEPHONE NUMBER: 212-422-0202
                         FIRM FAX NUMBER:  212-422-0925

NEW FIRM:   FIRM NAME:  Sedgwick LLP
                         FIRM ADDRESS:  125 Broad Street, 39th Floor New York, NY 10004
                         FIRM TELEPHONE NUMBER:  212-422-0202
                         FIRM FAX NUMBER: 212-422-0925

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  April 29, 2011

                                                        s/_____
                                                        ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 29th day of April, 2011, upon the following:

Michael Dillon, Esq.
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10173
*Attorneys for Plaintiff*

Steven Siff, Esq.
McDermott Will & Emery LLP
201 South Biscayne Boulevard
Suite 2200
Miami FL 33131-4336

s/
Michael H. Bernstein (MB 0579)

Dated:   New York, New York
         April 29, 2011

NY/698631v1