UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREN BARRETT,

                Plaintiff,

  -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

Civ. Act. No.: 10-CV-4600 (AKH)

**AMENDED CERTIFICATE OF SERVICE**

DOCUMENT
ELECTRONICALLY FILED

        I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached NOTICE OF CHANGE OF FIRM NAME was served by regular mail and ECF on April 29, 2011, upon the following:

        Scott M. Riemer, Esq. (SR 5005)
        RIEMER & ASSOCIATES LLC
        60 East 42nd Street, Suite 1750
        New York, New York 10165
        Telephone: (212) 297-0700
        *Attorneys for Plaintiff*

Dated: New York, New York
       May 5, 2011

                Respectfully Submitted,

                s/ _____
                MICHAEL H. BERNSTEIN (MB 0579)
                JOHN T. SEYBERT (JS 5014)
                DANIEL M. MEIER (DM 2833)
                SEDGWICK, DETERT, MORAN & ARNOLD LLP
                125 Broad Street, 39th Floor
                New York, New York 10004-2400
                Telephone: (212) 422-0202
                Facsimile: (212) 422-0925
                (SDMA File No. 02489-000082)
                **Attorneys for Defendant**
                HARTFORD LIFE INSURANCE COMPANY

NY/699405v1

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **Amended Certificate of Service** was served **by ECF** on May 5, 2011, upon the following:

Scott M. Riemer, Esq. (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 2430
New York, New York 10165
Tel.: (212) 297-0700

Dated: New York, New York
       May 5, 2011

s/
_____
MICHAEL H. BERNSTEIN (MB 0579)

NY/699405v1