ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/11

TO:    PLEASE SEE ATTACHED FAX COVER

FROM:  Brigitte Jones, Courtroom Deputy    Date: 5/26/11
       by Order of Judge Alvin K. Hellerstein

Re: Karen Barrett v. Hartford Life and Accident - 10 Civ. 4600 (AKH)

You are hereby notified that you are required to appear for an oral argument.

    Date: 6/30/2011
    Time: 12:00 pm

Place:  U.S. Courthouse - Southern District of New York
        500 Pearl Street
        Courtroom 14D
        New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

~~NOTE~~:

So ordered.

[signature]

5-26-11