UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KAREN BARRETT,                                                    Civ. Act. No.: 10-CV-4600 (AKH)

                            Plaintiff,

                -against-                                      **NOTICE OF MOTION**

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,                                             DOCUMENT
                                                                                    ELECTRONICALLY FILED
                           Defendant.
----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Declaration of Michael H. Bernstein, Esq. dated June 21, 2011 and the exhibits annexed thereto, and the accompanying Memorandum of Law In Support Of Its Motion To Strike Plaintiff's Improper Extra-Record Submission, all simultaneously submitted herewith, and upon all prior pleadings and proceedings previously had herein, defendant, HARTFORD LIFE INSURANCE COMPANY incorrectly sued herein as Hartford Life And Accident Insurance Company ("Hartford"), by its attorneys, Sedgwick LLP, will move this Court, on a date and at a time set by the Court, before the Hon. Alvin K. Hellerstein, U.S.D.J., at the United States District Courthouse for the Southern District Of New York, 500 Pearl Street, Courtroom 14D, New York, New York 10007 for an Order pursuant to Rules 37(c) and 56(e), FED. R. CIV. PROC., striking Exhibits "C" through "H" to the Affirmation of Scott M. Riemer, dated May 17, 2011 (Doc. No. 29), and for such other and further relief this Court deems just and proper.

Dated: New York, New York
June 21, 2011

                                                    Respectfully Submitted,

                                                s/_____
MICHAEL H. BERNSTEIN (MB 0579)
JOHN T. SEYBERT (JS 5014)
DANIEL M. MEIER (DM 2833)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
(SDMA File No. 02489-000082)
***Attorneys for Defendant***
HARTFORD LIFE INSURANCE COMPANY

To:    Scott M. Riemer, Esq.  (SR 5005)
        RIEMER & ASSOCIATES LLC
        60 East 42nd Street, Suite 1750
        New York, New York 10165
        Telephone: (212) 297-0700
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, DANIEL M. MEIER, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served **via ECF** and **via regular mail** on June 21, 2011, upon the following:

Scott M. Riemer, Esq.  (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 2430
New York, New York 10165
Tel.:  (212) 297-0700

Dated: New York, New York
June 21, 2011

s/ _____
DANIEL M. MEIER (DM 2833)

NY/703776v13