```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

KAREN BARRETT,

       Plaintiff,

 -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

       Defendant.

------------------------------------------------------------ x

**ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT AND REMANDING FOR FURTHER PROCEEDINGS**

10 Civ. 4600 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

  On June 30, 2011, plaintiff Karen Barrett and defendant Hartford Life and Accident Insurance Company appeared before me for oral argument on their cross-motions for summary judgment, pursuant to Federal Rule of Civil Procedure 56, and on Hartford's motion to strike Exhibits C through H to the Affirmation of Scott M. Reimer dated May 17, 2011.

  For the reasons stated on the record of the proceedings, I deny Hartford's motion to strike. I also deny both motions for summary judgment, and I remand the matter to Hartford for further review of Barrett's claim for long-term disability benefits. I will retain jurisdiction of this case pending the outcome of Hartford's review. If Hartford should again deny Barrett's claim for benefits, then the parties will have the opportunity to renew their motions for summary judgment on the basis of a more complete administrative record.

  The Clerk shall mark the motions (Doc. Nos. 12, 18, and 34) terminated.

  SO ORDERED.

Dated: June 30, 2011
    New York, New York

            _____
            ALVIN K. HELLERSTEIN
            United States District Judge

1