Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAREN BARRETT,                                         10 CV 4600 (AKH)(MHD)

                 Plaintiff,                           NOTICE OF MOTION

    -against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                 Defendant.
------------------------------------------------------------------X

     PLEASE TAKE NOTICE that, upon the accompanying Affirmation of Scott M. Riemer dated July 19, 2011 and the exhibits annexed thereto, the Memorandum of Law simultaneously filed herewith and upon all prior pleadings and hearings previously had herein, plaintiff will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time designated by the Court, for an order awarding attorneys' fees under ERISA § 502(g)(1) in the amount of $89,024.40, costs in the amount of $586.14, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       July 19, 2011

                                  RIEMER & ASSOCIATES LLC
                                  Attorneys for Plaintiff
                                  60 East 42nd Street, Suite 1750
                                  New York, New York  10165
                                  (212) 297-0700

                                  By:/s/Scott M. Riemer_____
                                     Scott M. Riemer (SR5005)

TO:

Michael H. Bernstein, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel.: (212) 422-0202
Fax: (212) 422-0925

CERTIFICATE OF SERVICE

       I hereby certify that on July 19, 2011, I served a true and complete copy of the foregoing document by transmitting the same by electronic mail to the following individuals at the e-mail addresses indicated:

Michael H. Bernstein, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel.: (212) 422-0202
Fax: (212) 422-0925

I also certify that this document filed through the ECF system will be sent electronically to all registered participants on July 19, 2011.

Dated:  New York, New York
         July 19, 2011

                                        /s/ Scott M. Riemer_____
                                        Scott M. Riemer (SR 5005)
                                        RIEMER & ASSOCIATES, LLC
                                        60 East 42nd Street, Suite 1750
                                        New York, New York 10165
                                        (212) 297-0700
                                        sriemer@riemerlawfirm.com