ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

# Sedgwick LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/5/11

(212) 898-4011
michael.bernstein@sedgwicklaw.com

August 1, 2011

*Via Facsimile ((212) 805-7942)*
Hon. Alvin K. Hellerstein
United States District Court Judge
United States District Court For the Southern
District Of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Karen Barrett v. Hartford Life And Accident Ins. Co.*
    Civ. Act. No. 10 Civ. 4600
    File No.: 02489-000082

Dear Judge Hellerstein:

This office represents defendant Hartford Life And Accident Insurance Company ("Hartford"). We write to request an extension of the motion schedule regarding plaintiff's motion for attorney's fees.

With plaintiff's consent, Hartford requests that its time to serve and file its opposition to plaintiff's motion be extended from August 2, 2011 to August 19, 2011 and plaintiff's time to serve and file her reply be extended from August 9, 2011 to September 2, 2011. Hartford is requesting the extension because its in-house client has a family medical issue that required him to be out of the office for several weeks. This is the first request for an extension of time.

Thank you for your consideration of this request.

Respectfully submitted,
/,
Michael H. Bernstein
Sedgwick LLP

cc: Scott M. Riemer, Esq.

*[Handwritten note: So ordered. The parties shall confer and reach to settle promptly after briefing closes. 8-4-11 /s/]*

NY/749276v1

# Sedgwick LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

## Facsimile Transmittal Sheet

DATE August 1, 2011

TIME 5:53 PM

NUMBER OF PAGES: 2 (including cover page)

If any portion of the following document is illegible or missing, please call our Fax Center at 212.422.0202 as soon as possible.

**TO:**

| NAME | COMPANY | TELEPHONE | FACSIMILE |
|---|---|---|---|
| Hon. Alvin K. Hellerstein | United States District Court For the Southern District Of New York | (212) 805-0152 | (212) 805-7942 |
| Scott M. Riemer, Esq. | Riemer & Associates | 212-297-0700 | 212-297-0730 |

**FROM:**

NAME: Michael H. Bernstein     FAX BACK NUMBER: (212) 422-0925
OFFICE: New York               OUR FILE NO.: 02489-000082
RE: *Karen Barrett v. Hartford Life And Accident Ins. Co.* Civ. Act. No. 10 Civ. 4600

**MESSAGE:**

**Privilege and Confidentiality Notice**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the persons or entity named above. If you are not the intended recipient (or someone responsible to deliver to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and return the original message to us at the address above via the U.S. Postal Service. Thank you.

NY/749276v1