ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

**Sedgwick** LLP

*Daniel Meier*
*(212) 898-4016*
*daniel.meier@sedgwicklaw.com*

August 2, 2011



*Via Regular Mail*

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY  10007-1312



Re:  *Karen Barrett v. Hartford Life And Accident Insurance Company*
Civ. Act. No.:   10 CV 4600 (AKH)
Our File No.:     02489-000082

Dear Judge Hellerstein :

This office represents Defendant Hartford Life And Accident Insurance Company ("Hartford") in the above noted matter.  Enclosed please find a courtesy copy of Hartford's Memorandum of Law In Opposition to Plaintiff's Motion for an Award of Attorney's Fees and Costs and supporting papers.

Respectfully submitted,

Daniel Meier
Sedgwick LLP

cc:  Scott M. Riemer, Esq.

*[Handwritten note:]* Pl's motion for att'ys' fees is granted to the extent of 40% of its time charge and 100% of its disbursements. Pl's lawsuit was intended to obtain a merits review of def't's administrative determination. Pl succeeded to a degree in obtaining remand for administrative review. Although def't also agreed to remand, pl enjoyed a "degree of success." The difficulty of justifying the award of this ruling. Parties shall agree to a submitted order.
8/5/11   Alvt Hellt

NY/749344v1