

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

September 25, 2012
*Via Facsimile*

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY 10007-1312

Re: *Karen Barrett v. Hartford Life And Accident Insurance Company*
   Civ. Act. No.: 10 CV 4600 (AKH)
   Our File No.: 02489-000082

Dear Judge Hellerstein:

This office represents Defendant Hartford Life Insurance Company, incorrectly sued herein as Hartford Life And Accident Insurance Company ("Hartford") in the above noted matter. We write to request a brief extension of time for Hartford to file its opposition to plaintiff Karen Barrett's motion for attorney's fees and prejudgment interest, dated September 14, 2012, Doc. Nos. 52-54.

The original date that Hartford's opposition brief is due on September 28, 2012. No prior request for an extension of time with respect to this motion has been previously made. Plaintiff's counsel consents to the extension of time and counsel have agreed to the following briefing schedule for the motion:

| Description | Original Date | Proposed Date |
| --- | --- | --- |
| Last day for Hartford to file its opposition | September 28, 2012 | October 12, 2012 |
| Last day for plaintiff to file her reply | October 5, 2012 | October 26, 2012 |

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc: Scott M. Riemer, Esq. *(via facsimile)*

NY/1112999v1