UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
Karen Barrett

           Plaintiff,

    -against-

Hartford Life and Accident Insurance Company
           Defendant.
------------------------------------------------------------------------

Case No. 10 cv 4600 (AKH)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB0579     My State Bar Number is _____

I am,

   ☒ An attorney
   ☐ A Government Agency attorney
   ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sedgwick LLP
           FIRM ADDRESS: 125 Broad Street, New York New York 10004
           FIRM TELEPHONE NUMBER: 212-422-0202
           FIRM FAX NUMBER: 212-422-0925

NEW FIRM:   FIRM NAME: Sedgwick LLP
           FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
           FIRM TELEPHONE NUMBER: 212-422-0202
           FIRM FAX NUMBER: 212-422-0925

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/12/2012          s/ _____
                          ATTORNEY'S SIGNATURE


American LegalNet, Inc.
www.FormsWorkFlow.com

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 12th day of October, 2012, upon the following:

Scott M. Riemer, Esq.<br>
Riemer & Associates<br>
60 East 42nd Street, Suite 1750<br>
New York, NY 10165

                                             s/_____
                                             Michael H. Bernstein

Dated:    New York, New York
              October 12, 2012