UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
KAREN BARRETT,    Case No. 10-cv-4600 (AKH)
          Plaintiff,

    -against-

Hartford Life and Accident Insurance Company,
          Defendant.
------------------------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS 5014      My State Bar Number is _____

I am,

    ☒ An attorney
    ☐ A Government Agency attorney
    ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 125 Broad Street, New York New York 10004
                 FIRM TELEPHONE NUMBER: 212-422-0202
                 FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                 FIRM TELEPHONE NUMBER: 212-422-0202
                 FIRM FAX NUMBER: 212-422-0925

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/16/2012      s/ _____
                           ATTORNEY'S SIGNATURE
                           John T. Seybert


American LegalNet, Inc.
www.FormsWorkFlow.com

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 16th day of October, 2012, upon the following:

Scott M. Riemer, Esq.
Riemer & Associates
60 East 42nd Street, Suite 1750
New York, NY 1016

                                                    s/
                                                  John T. Seybert

Dated:   New York, New York
         October 16, 2012